IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 2 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. |
| BENJAMIN RUBIO (01)<br>CESAR GALLARDO (02)<br>FELIX LOPEZ MADRIGAL (03) | 4-25CR-038-P |

## INDICTMENT

The Grand Jury Charges:

### Count One
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 846)

Beginning on a date unknown and continuing until on or about January 13, 2025, in the Fort Worth Division of the Northern District of Texas, and elsewhere, the defendants, **Benjamin Rubio**, **Cesar Gallardo**, and **Felix Lopez Madrigal**, along with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A), namely: to distribute, and possess with intent to distribute one kilogram or more of a mixture and substance containing a detectable amount of Heroin, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)).

## Count Two
### Firearm Possession in Furtherance of a Drug-Trafficking Crime
(Violation of 18 U.S.C. §§ 924(c)(1)(A) and 2)

On or about January 13, 2025, in the Fort Worth Division of the Northern District of Texas, the defendants, **Cesar Gallardo** and **Felix Lopez Madrigal**, aiding and abetting each other, did knowingly possess a firearm in furtherance of a drug-trafficking crime for which they may be prosecuted in a court of the United States, that is, conspiracy to distribute and possess with intent to distribute a controlled substance as charged in Count One of this Indictment.

In violation of 18 U.S.C. §§ 924(c)(1)(A) and 2.

## Count Three
Possession of a Firearm by an Illegal Alien
(Violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8))

On or about January 13, 2025, in the Fort Worth Division of the Northern District of Texas, defendant, **Felix Lopez Madrigal**, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm, to wit: a FN USA Reflex 9mm, bearing serial number CCW0034999; said firearm having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. §§ 922(g)(5) and 924(a)(8).

## Forfeiture Notice
(18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c))

Upon conviction of the offenses alleged in Counts One, Two, or Three of this Indictment, and under 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), the defendants, **Benjamin Rubio, Cesar Gallardo**, and **Felix Lopez Madrigal**, shall forfeit to the United States of America any property, jewelry, vehicle, tool, instrumentality, currency, firearm, ammunition, and firearm accessory that was involved in or used to commit the offense alleged in Counts One, Two, or Three of this Indictment, and represent any fruits or proceeds from the offenses alleged in Counts One, Two, or Three of this Indictment, including: a FN USA Reflex 9mm, bearing serial number CCW0034999; and any associated ammunition and associated firearm accessory.

A TRUE BILL.

_____
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

_____
SHAWN SMITH
Assistant United States Attorney
Texas Bar No. 24033206
Burnett Plaza, Suite 1700
801 Cherry Street, Unit #4
Fort Worth, Texas 76102
Telephone: 817-252-5200
Facsimile: 817-252-5455
Email: Shawn.Smith2@usdoj.gov

Indictment - Page 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

BENJAMIN RUBIO (01)
CESAR GALLARDO (02)
FELIX LOPEZ MADRIGAL (03)

INDICTMENT

21 U.S.C. § 846 (21 U.S.C. §§ 841(a)(1) and (b)(1)(A))
Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance
Count 1

18 U.S.C. §§ 924(c)(1)(A) and 2
Firearm Possession in Furtherance of a Drug-Trafficking Crime
Count 2

18 U.S.C. §§ 924(c)(1)(A) and 2
Possession of a Firearm by an Illegal Alien
Count 3

18 U.S.C. § 924(d); 21 U.S.C. § 853; and 28 U.S.C. § 2461(c)
Forfeiture Notice

A true bill rendered

FORT WORTH                                              _____ FOREPERSON

Filed in open court this 12th day of February, 2025.

**Warrant to Issue – Defendant Rubio (01); Defendants Gallardo (02) & Madrigal (03) in Federal custody.**

---

_____
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number: 4:25-MJ-035-BP